IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LINDA DEVERS** | ) | CASE NO: 2:15-cv-3036 |
| Plaintiff, | ) | JUDGE GEORGE C. SMITH |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| **ALLIANT CAPITAL MANAGEMENT, LLC et al.** | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL OF CLAIMS AND THIRD PARTY CLAIMS

*WITH PREJUDICE*

The parties having resolved this matter hereby enter this Stipulation of Dismissal with prejudice of all claims against all parties pursuant to FRCP 41(a)(1)(A)(ii).

Stipulated, submitted and approved by:

s/Michael L. Fine
Michael L. Fine (0077131)
3684 Silsby Road
University Heights, OH 44118
Phone: (216) 320-9950
Fax: (216) 320-9950
mfine@ohioconsumerlawyer.com
**Counsel for Plaintiff Linda Devers**

_____
Third-Party Defendant Adam Shorr

_____
Third-Party Defendant Dominic Zirpola

_____
Third-Party Defendant JDS Recovery, LLC

s/ Gregory Zini
Gregory Zini
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
Telephone: (716) 858-3829
Facsimile: (716) 768-2829
jsonner@barclaydamon.com
**Counsel for Defendants
Alliant Capital Management, LLC &
Huntington Debt Holdings, LLC**